UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Yehvenii Malets,

                Petitioner,

-against-

LaDeon Francis et al.,

                Respondents.

25-CV-10058 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

      The petition for habeas corpus relief, Dkt. 1, is GRANTED in part. The government "consents to issuance of an order directing a bond hearing before an immigration judge and requests 10 days from the date the Court issues an order directing such a hearing to conduct it." Dkt. 14 at 1.

      Accordingly, on or before **December 30, 2025**, and at a date and time that petitioner's counsel is available, petitioner should be furnished for an individualized bond hearing before an Immigration Judge to assess his danger to others or risk of flight. *See J.G.O. v. Francis*, 2025 WL 3041042 (S.D.N.Y. Oct. 28, 2025) (granting individualized bond hearing to petitioner detained under 8 U.S.C. § 1226(a) to assess his danger to others or risk of flight); *Landaverde v. Genalo*, No. 25-cv-9330 (AS), Dkt. No. 11 (Nov. 20, 2025) (same). This hearing should not be based on the BIA's decision in *In re Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025) (holding that individuals in petitioner's position are subject to mandatory detention).

      The parties should report to the Court on the status of petitioner's detention on or before **January 4, 2026**, and whether any further relief is sought on the petition.

SO ORDERED.

New York, New York

Dated: December 17, 2025

                                                ARUN SUBRAMANIAN
                                                United States District Judge