

# LAW OFFICES OF
# ROSS & HILL, PLLC

December 30, 2025

**Via ECF**
Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Malets v. Francis, No. 25 Civ. 10058 (AS)

Dear Judge Subramanian:

This office represents Petitioner in the above-captioned habeas proceeding. As per your order dated December 17, 2025, your Honor directed that the parties report on the status of Petitioner's detention and whether any further relief is sought on the petition, on or before January 4, 2026.

The bond hearing in immigration court is scheduled for January 7, 2026. Therefore, we request that a status report be postponed to a date after the hearing.

GRANTED. The parties shall report to the Court on the status of petitioner's detention on or before **January 14, 2026**, and whether any further relief is sought on the petition.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 18.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 5, 2026

Respectfully submitted,

JAMES ROSS
ROSS AND HILL, PLLC
Attorney for Petitioner
45 Broadway, Suite 1110
New York, NY 10006
646-368-9996
rhlaw@rossandhill.com