UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yehvenii Malets,

                          Petitioner,

          -against-

LaDeon Francis et al.,

                          Respondents.

25-CV-10058 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Given that petitioner has communicated that "[n]o further action will be taken with regards to this habeas petition," Dkt. 20, the Clerk of Court is respectfully directed to close this case.

          SO ORDERED.

Dated: January 15, 2026
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge